AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:04-cr-452-JAD-RJJ |
| | ) | |
| JOHN LAWRENCE LAMEL | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

Place: Lloyd D. George United States Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101
ELAYNA J. YOUCHAH, U.S. Magistrate Judge

Courtroom No.: 3A

Date and Time: November 17, 2022 at 3:00 p.m.

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 10, 2022

*Judge's signature*

ELYANA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*

____ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 0 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____  _____ DEPUTY