# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN LAWRENCE LAMEL,<br><br>　　　　Defendant. | Case No. 2:04-cr-00452-JAD-RJJ<br><br>**ORDER**<br><br><br>ECF No. 73 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, November 28, 2022 at 11:00 a.m., be vacated and continued to January 30, 2023, at 11:00 a.m.

　　DATED this 23rd day of November, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE