**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN LAWRENCE LAMEL,<br><br>　　　　Defendant. | Case No. 2:04-cr-00452-JAD-RJJ<br><br>ORDER<br><br>ECF No. 76 |

　　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, January 30, 2023 at 11:00 a.m., be vacated and continued to April 10, 2023, at 10:00 a.m.

　　　DATED this 20th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE