**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-00452-JAD-RJJ |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN LAWRENCE LAMEL, | ECF No. 78 |
| Defendant. | |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 10, 2023 at 10:00 a.m., be vacated and continued to July 17, 2023, at 10:00 a.m.

DATED this 7th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE